

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

In Re:  Motions for Retroactive Application
of the November 1, 2007 Amendment to
Cocaine Base Offense Level Guidelines;
U.S.S.G. § 1B1.10

## ADMINISTRATIVE ORDER

The United States Sentencing Commission has amended the advisory Federal Sentencing Guideline for cocaine base ("crack cocaine") offenses. The amendment lowers by two levels the base offense level for those persons sentenced on or after November 1, 2007. On December 11, 2007, the Commission elected to apply the crack cocaine advisory guideline amendments retroactively. In order to effectively implement and administer the retroactive amendments to the crack cocaine advisory sentencing guideline provisions, the Court enters the following administrative order on the following cases:

| MS Case # | Client | USM No. | Release Date |
|---|---|---|---|
| 4:99cr22 | Gabriel Hairston | 02202-043 | 11/8/2015 |
| 3:03cr2 | Troy Catchings | 07754-043 | 11/8/08 |
| 3:03cr156 | Cedric Griffin | 07765-043 | 1/4/09 |
| 3:03cr191 | Venson Mix | 07778-043 | 9/6/2010 |
| 3:03cr191 | Antonio Ratliff | 07777-043 | 12/11/08 |
| 3:03cr190 | Charles Johnson | 08965-043 | 10/3/08 |
| 3:03cr190 | Jeffery Knight | 07776-043 | 3/7/2010 |
| 3:03cr145 | Gina Wightman | 16484-424 | 2/18/2010 |
| 3:04cr77 | Joann S. Jones | 07969-043 | |
| 3:05cr3 | Kavin Meeks | 08581-043 | 4/25/09 |
| 3:04cr184 | German Vargas | | |
| 3:05cr34 | Dwayne Britton | 08614-043 | 6/16/2011 |
| 3:04cr176 | John McDonald | 08621-043 | 4/22/09 |

| Case | Name | Number | Date |
|---|---|---|---|
| 3:05cr35 | Curtis Thompson | 08629-043 | |
| 3:05cr43 | Edward Rondell Jones | 09029-043 | **11/7/2010** |
| 3:04cr55 | Terrell Donelson | 04376-043 | 7/21/2012 |
| 3:04cr55 | Johnny Coleman | 08749-043 | 5/30/2012 |
| 3:05cr142 | Jeston Banks | 08785-043 | 3/1/2012 |
| 3:05cr103 | Lester T. Stroud | 08726-043 | 6/30/2012 |
| 3:07cr65 | Julian Smith | 09292-043 | unknown |
| 3:07cr39 | Thomas A. Kelly | 09244-043 | |
| 3:06cr171 | Alonzo Farmer | 09156-043 | **3/29/2010** |
| 3:06cr172 | Maurico Gomez | 09098-043 | 5/29/2015 |
| | Jamal Foster | 08211-033 | 5/7/2011 |
| 3:01cr46 | Jackie Roberson | 17703-076 | 11/20/2013 |
| 394cr131 | Paul D. Barnes | 04040-043 | 12/7/2010 |
| 3:05cr34 | Dwayne Britton | 08614-043 | 6/16/2011 |
| 3:04cr111 | Numaine Caston | 07948-043 | 3/5/2012 |
| 3:97cr2 | Andy Charles | 04392-043 | 2/28/2018 |
| 3:02cr58 | Rondreka Dees | | |
| 3:02cr120 | Capous O. Dennis | 06746-043 | 10/5/2015 |
| 3:04cr110 | Antonio Fisher | 07949-043 | 10/8/2016 |
| 3:98cr53 | John C. Fowler | 04841-043 | 11/16/2019 |
| | Alfonzo Fisher | | |
| 3:98cr53 | Reginald W. Ikner | 04848-043 | 11/16/2019 |
| 3:03cr190 | Jeffery D. Knight | 07776-043 | 3/7/2010 |
| 3:02cr60 | Roderick Lofton | | |
| 3:04cr62 | Terrell McDuffie | | 10/16/2011 |
| 3:00cr53 | Eric Quinn | 05893-043 | 8/14/2011 |
| 3:04cr109 | Lewis Ransburg | 07950-043 | 8/12/2030 |
| 3:02cr64 | Rastafian Shareef | | |
| 3:03cr145 | Derek Snell | 07755-043 | 7/29/2008 |
| 3:04cr53 | Overton Spann | 02439-043 | 3/3/2012 |

| 3:02cr120 | George M. Steele | 06747-043 | 12/27/2015 |
|---|---|---|---|
| 3:02cr61 | Calvin Stiff | 06715-043 | 3/26/2011 |
| 3:05cr103 | Lester T. Stroud | 08726-043 | 6/30/2010 |
|  | Antoine Walker | 03409-043 | **3/25/2008** |
| 3:06cr57 | David Whatley | 08922-043 | **2/26/2010** |
| 3:94cr133 | Charles M. Whitley | 04037-043 | 5/19/2012 |
|  | **Alvin Magee** | **03067-043** | **6/20/2009** |
| ~~1:06cr81~~ 4:01cr19 | Rodney L. Powell | 06878-043 | 2/19/2010 |
|  |  |  |  |

1. **Filing of Motions**.   All motions for a sentence reduction and all pleadings related to a motion for a sentence reduction shall be filed in the original criminal proceeding.

2. **Representation of Counsel**.

   (A)   In the interest of justice and pursuant 18 U.S.C. § 3006A(a)(1)(H) and (c), the Office of the Federal Public Defender for the Southern District of Mississippi is hereby directed to identify, inform, advise or represent any defendant potentially eligible for a sentence reduction under the amended crack cocaine advisory guidelines.  The Public Defender may file any motions for reduction of sentence applicable under the amended advisory guidelines.

   (B)   The Public Defender is also directed to represent any defendant who has filed or files a *pro se* motion for reduction of sentence if the Court has made a preliminary determination that the defendant may be eligible for relief under the retroactive crack cocaine amendments to the advisory guidelines.

   (C)   In the event the Public Defender determines that there is a conflict with regard to the representation of an eligible defendant, they may secure the additional services of CJA counsel.

   (D)   The U.S. Probation Office for the Southern District of Mississippi will assist the Public Defender by providing copies of lists of potentially eligible defendants

compiled by the Commission, the Administrative Office of the U.S. Courts or the Federal Bureau of Prisons. If requested, the U.S. Probation Office will also provide access to the Pre-Sentence Investigation Reports of potentially eligible defendants.

**SO ORDERED** this the 28th day of February, 2008.

TOM S. LEE
UNITED STATES DISTRICT COURT JUDGE